UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**TONY D. WALKER,**

    **Plaintiff,**

v.                                Case No. 12-CV-01152

**WISCONSIN DEPARTMENT OF CORRECTIONS**, et al.,

    **Defendants.**

## ORDER

On February 15, 2013, I struck plaintiff's amended complaint submitted December 6, 2012, and directed him to file a second amended complaint on or before March 13, 2013, containing only related claims. I further ordered that if plaintiff failed to timely file a second amended complaint, this action would be dismissed for failure to prosecute. Plaintiff has not filed a second amended complaint.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** for failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment dismissing this action.

Dated at Milwaukee, Wisconsin, this 1st day of April, 2013.

                                                                 s/ Lynn Adelman

                                                                 LYNN ADELMAN
                                                                 District Judge