# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**TONY D. WALKER,**

       **Plaintiff,**

     **v.**                              **Case No. 12-CV-01152**

**WISCONSIN DEPARTMENT OF CORRECTIONS, et al.,**

       **Defendants.**

---

## <u>ORDER</u>

On February 15, 2013, I struck plaintiff's amended complaint submitted December 6, 2012, and directed him to file a second amended complaint on or before March 13, 2013, containing only related claims. I further ordered that if plaintiff failed to timely file a second amended complaint, this action would be dismissed for failure to prosecute. Plaintiff has not filed a second amended complaint.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** for failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment dismissing this action.

Dated at Milwaukee, Wisconsin, this 1st day of April, 2013.

                                        s/ Lynn Adelman

                                      _____

                                      LYNN ADELMAN
                                      District Judge