UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TONY D. WALKER,

    Plaintiff,

    v.                                          Case No. 12-CV-1152

WISCONSIN DEPARTMENT OF CORRECTIONS,
GARY HAMBLIN, CHARLES COLE,
CATHY JESS, LARRY JENKINS,
CHARLES FACKTOR, JAMES SCHWOCHERT,
MARC W. CLEMENTS, RICHARD W. PHILLIPS,
KAREN LARSEN, RICK A. RASMUSSEN,
SGT. D. GRAHN, MICHAEL BAENEN,
SARAH COOPER, PETER ERICKSON,
CAPTAIN DELVAUX, CAPTAIN SCHULTZ,
WILLIAM D. SWIEKATOWSKI,
OFFICER WALTON, OFFICER WALLACE,
AMY BASTEN, JESSICA LEGOIS,
MICHAEL MOHR, and CATHERINE FRANCOIS,

    Defendants.

## DECISION AND ORDER

On October 31, 2013, I directed plaintiff to file a third amended complaint by December 2, 2013, or this case would be dismissed for failure to prosecute. Plaintiff has not filed a third amended complaint.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED** for failure to prosecute.

Dated at Milwaukee, Wisconsin, this 6th day of December, 2013.

                                                  s/ Lynn Adelman
                                                  _____
                                                  LYNN ADELMAN
                                                  District Judge

## Civil Local Rule 41(c)
## Dismissal for Lack of Diligence

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.